# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:22-CV-267-RJC-DCK

| | |
|---|---|
| STEPHANIE ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TT OF PINEVILLE, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Consent Motion To Stay Proceedings Pending Arbitration" (Document No. 11) filed October 26, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting the parties' agreement, the undersigned will grant the motion.

By the instant motion, Defendant reports that "the Parties are subject to a valid and enforceable Mutual Agreement to Arbitrate Claims." (Document No. 11, p. 1); see also (Document Nos. 12 and 13). Moreover, Plaintiff consents to the requested relief and agrees "there is a valid and enforceable arbitration agreement governing the instant dispute." (Document No. 11, p. 1; Document No. 12, p. 3).

**IT IS, THEREFORE, ORDERED** that Defendant's "Consent Motion To Stay Proceedings Pending Arbitration" (Document No. 11) is **GRANTED**. This matter is **STAYED** pending the parties' completion of Arbitration, unless otherwise ordered by the Court.

**IT IS FURTHER ORDERED** that the parties shall file a Status Report, jointly if possible, on **February 1, 2023**, and **every ninety (90) days** thereafter, until Arbitration is complete. In the alternative, the parties may file a Notice Of Settlement or Stipulation Of Dismissal at any time.

**SO ORDERED**.

Signed: October 26, 2022

David C. Keesler
United States Magistrate Judge